## Jacob Glick, Appellant, v. Nathan F. Wallach and Leo Wallach, Appellees.

### Gen. No. 40,562.

opinion filed June 30, 1939. Warden & Becker, for appellant; Benjamin M. Becker, of counsel; Pritzker & Pritzker, for appellees; Nicholas J. Pritzker and Stanford Clinton, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''